

United States Courts
Southern District of Texas
FILED

OCT 22 2019

David J. Bradley, Clerk of Court

THE ANCIENT MOABITE - MOOR/MU'ABITE - MUUR EMPIRE
OF MU/AMEXEM;
THE AL MOROCCAN EMPIRE: PRESENT DAY MOROCCAN EMPIRE

THE MOORISH DIVINE MOVEMENT
The Holy Prophet Noble Drew Ali founder, 5-1-1916

THE MOORISH NATIONAL AND DIVINE MOVEMENT OF THE WORLD

Aboriginal and Indigenous Natural Peoples of North-West Amexem/North America/Al Mu'uraka/Al Morocco/Al Maurikanus/etc
And the adjoining Atlantis/Amuuru/Carib islands

19-3157

# Judicial Notice and Executive Proclamation

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc.,**

**Know All Men by These Presents:**

   **Upon** my **inherited** Nobility, and upon my **Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability**; I, Tamisha Holmes Bey: **TAMISHA HOLMES**, nom de guerre, ex rel, henceforth known lawfully as
, **being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Aboriginal Mu'abite / Muurish Empire and Indigenous Al Aniyunwiya Muur Nation** - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; and Ancient Zodiac Constitution of The Aboriginal & Indigenous Cherokee Moor/(Al Aniyunwiya Muur) Nation; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly established belief upon the historical, lawful, and adjudicated Facts contained herein.

> **United States Republic Constitution, Article I of the Bill of Rights**
> - Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.
>
> "Citizenship is a political tie; allegiance is a territorial tenure. [ . . . ] The doctrine is, that allegiance cannot be due to two sovereigns; and taking an oath of allegiance to a new, is the strongest evidence of withdrawing allegiance from a previous,sovereign . . . ."
> **Talbot v Janson, 3 U.S. 133 (1795)**

C/o 2018 Hammerwood Dr
Missouri City Texas 77489

  

I **Tamisha Holmes Bey**, henceforth known lawfully as affirm my residence, domicile, and state are within myself as I can not reside, domicile, or have an address outside of myself. As noted above I voluntarily with full understanding, knowingly pledge my National, Political, and Spiritual Allegiance to my Aboriginal Moabite /Mu'abite - Moorish/Muurish Empire (Present day Al Moroccan Empire) and Cherokee Moor/Al Aniyunwiya Muur Nation-State.

> **State** - A people permanently occupying a fixed territory bound together by common-law, habit and custom into one body politic exercising, through the medium of an organized government, independent sovereignty and control over all persons and things within its boundaries, capable of making war and peace and of entering into international relations with other communities of the globe. **United States v. Kusche, d.C. Cal., 56 F.Supp. 201 207, 208.**
>
> "Just as there is freedom to speak, to associate, and to believe, so also there is freedom not to speak, associate, or believe. "The right to speak and the right to refrain from speaking are complementary components of the broader concept of individual freedom of mind." **Wooley v. Maynard, [430 U.S. 703] (1977)**. Freedom of conscience dictates that no individual may be forced to espouse ideological causes with which he disagrees:
>
> "At the heart of the **First Article of the Bill of Rights** is the notion that the individual should be free to believe as he will, and that in a free society one's benefits should be shaped by his mind and by his conscience rather than coerced by the State." **Abood v. Detroit Board of Education [431 U.S. 209] (1977)**
>
> "Freedom from compelled association is a vital component of freedom of expression. Indeed, freedom from compelled association illustrates the significance of the liberty or personal autonomy model of the First Article of the Bill of Rights. As a general constitutional principle, it is for the individual and not for the state to choose one's associations and to define the persona which he holds out to the world." **[First Amendment Law, Barron-Dienes, West Publishing, ISBN 0-314-22677-X, pp. 266-267]**

Being competent, In Propria Persona (In My Own Proper Person), to Attest to this Affidavit upon which I place my Seal/Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

That I, **Tamisha Holmes Bey**, henceforth known lawfully as , Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Cherokee Muur/Moor American - a Descendant of the Ancient Moabites /Mu'abites/Moors/Muurs, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas/Al Mu'uraka/Turtle Island/etc) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

  

The Al Moroccan (American) Continents - are the Land of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc/Turtle Island/Atlantis/Caribbean/Amexem/Mu/Amuuru/etc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal and Indigenous Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and Fathers - Moors / Muurs, by Divine and Natural Right. Being Aboriginal Cherokee Muurs, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority.

I, **Tamisha Holmes Bey**, henceforth known lawfully as　　　　　　　　　　　　　　, can never at any time ever be a member/citizen of the union states or the United States of America as established via the **United States Republic Constitution Article I, Section VIII, Clause XVII** which is also affirmed in the **Original 13th Article of the Bill of Rights, Section 12 of 20**, in that it states:

> **Section 12: The traffic in slaves with Africa is hereby forever prohibited on pain of death and the forfeiture of all the rights and property of persons engaged therein; and the descendants of Africans shall not be citizens.**

All those of European ancestry are foreign to all Cherokee Muurs. Therefore all Europeans and European Jurisdiction are a Foreign Jurisdiction to Cherokee Muurs as affirmed in the United States Republic Constitution:

> **The United States Republic Constitution Article I, Section X, Clause I:**
> No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin as Tender in Payment of Debts; pass any Bill of Attainder, ex post facto law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

I Am: **Tamisha Holmes Bey**,
henceforth known lawfully as **Tamisha Holmes Bey**, and also as
**Divine Minister Tamisha Holmes Bey**
Authorized Representative of TAMISHA HOLMES, *nom de guerre, ex rel*
Divine Human Being manifested in flesh, In *Propria Persona, Sui Heredes*:
All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103
Aniyunwiya Killeen Province, Tejas Territory,
[The land generally misregarded as Metropolitan Killeen, Texas]
usA Republic/Republic of the U.S.A.
North-West Amexem/Turtle Island/Al Moroc Al Aqsa/North America/etc

# The State of Texas
## Secretary of State

Not for use within the United States of America

This Apostille only certifies the signature, the capacity of the signer and the seal or *stamp it bears*. It does not certify the content of the document for which it was issued.
Certificate Validation available at www.sos.state.tx.us

## APOSTILLE

(Convention de La Haye du 5 Octobre 1961)

| | |
|---|---|
| 1. Country | United States of America |
| This public document | |
| 2. has been signed by | STEVEN  RUIZ |
| 3. acting in the capacity of | Notary Public, State of Texas |
| 4. and bears the seal/stamp of | STEVEN  RUIZ,<br>Notary Public, State of Texas,<br>Commission Expires: 02-20-21 |

## CERTIFIED

| | |
|---|---|
| 5. at Austin, Texas | 6. on June 6, 2018 |
| 7. by the Secretary of State of Texas | |
| 8. Certificate No. 11552518 | |
| 9. Seal | 10. Signature: |



Rolando B. Pablos
Secretary of State

GF/eg








_Autograph/Seal_ Tamisrah Holnes Bey

Tamisrah Holnes Bey
_Printed Autograph_

_Witness Autograph_

Bruce Duncan
_Additional Witness Autograph_







**All Signatures Signed on This Document Only in the Correct Public Capacity of the Original Treaty Trust Jurisdiction**

Prepared By and Filed with APS-OFA and APS A.G. & Holy Royal Family Counsel Supreme Divine Minister Philip Travis Keyvonne Marquis el Pharoah Kane Bey, nom de guerre en pro, File #2017008808-262018AFFOFTRUTH(+ALL ADDENDUMS) NGMNM-MDM-AULCOARAH PRIVATE SOCIETY, Ref. Case #17-008808-CH county of wayne, Michigan republic

**NOTARY:**

State of Texas
County of Travis
This instrument was acknowledged before me on June 6, 2018
By Tawiska Holmes, Tracy Jett, Bruce Duncan
NOTARY

STEVEN RUIZ
Notary ID #131012027
My Commission Expires
February 20, 2021

## AFFIDAVIT OF TRUTH AND FACT:MOORISH DEED OF CONVEYANCE

(PLEASE ATTACH TO COLLATORAL FOR EXHIBITS ALL FORMS ATTACHED PLEASE)

I, Affiant Tamisha Holmes Bey, I am a Royal of the Al Moroccan Empire Via Noble Drew Ali via Emperor Mulay Yusef. I invoke my Royal Diplomatic Immunities and Heirship to the Continental Americas and adjoining islands.  SS Numident CSP-D nontaxable, Indigenous and Aboriginal Free Moor, pursuant to U.S.S.C Stare Decisis Rulings I have arrived as of 08/30/2017 in assembly with Governors and governed in social compact called Al Aniyunwia National Muurish Republic. Our Holy City Aulcoarah Private Society Invoked Treaty Protection, Immunities and benefits found At Wayne County Michigan Case #008808ch in unrebutted and defaulted thus standing in law court document filed as APS262018AFFOTRUTH.

I am not the legal fiction TAMISHA FAY HOLMES;TAMISHA HOLMES that is not what my Bearth Mother Called me.  It is fraudulent creation of threat, duress, and coercion from the STATE OF CALIFORNIA Agents forcing my Mother to sign documents in Stanford University Hospital she know nothing of the consequence.  I can never be a U.S citizen ward by the Law and Treaty and the false presumption of myself being subject of the corporate United States must be removed from all official record and replaced in LIEN and all databases that I am an Indigenous Royal and Native of a sovereign foreign the United States Federal Government Jurisdiction over the natural people.  I am a natural living soul in full life bearthed in the Royal dominion of Al Moroccan/present day Moroccan Empire.

The entire physical body vessel housing the full life living soul/sole assigned the name Tamisha Fay Holmes by bearth by Mother who is the Bonafide holder in due course of the corporate person TAMISHA FAY HOLMES,TAMISHA HOLMES and all attachments, excretions, imprints, impressions, intellectual property, shedding's, hair and follicles, retinal scans deviations of name, securities in all associated accounts, all positive balances of all associated, accounts, fingerprints, images, pictures, footprints, buttock prints, handprints, organs, tissues, body fluids, urine, bile movement excretions, gasses, carbon melanin, all elements and properties of the physical body, etc all personal private property.

All recordings audio and visual, all writings, all artistic works, all exhaled ethereal components, all off spring, Moorish Nationality Card, Holy Koran of the Moorish Science Temple of America, doc #10105905 Cook County Illinois Recorder of Deeds 1928m USDOD File 1-17, Library of Congress Doc AA222747, Treaty of Peace and Friendship 1786/1836, Cherokee v Nash Supreme Court Ruling #13-01313FH Wash D.c 08/30/2017, and This Commercial Affidavit contained herein valued at One hundred million USD Lawful Monies or Coinage, UCC filing # 20181228000001-3 State of Michigan Department of State UCC Lien.

